IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WIERZBA,<br><br>        Plaintiff,<br><br> v.<br><br>JILL N. JAFFE, ET AL.,<br><br>        Defendants.<br>_____/ | No. C 16-02282 JSW<br><br>**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC FILING AND CONTINUING DEADLINES AND HEARING ON PENDING MOTIONS TO DISMISS** |

      On June 24, 2016, the Court received *pro se* plaintiff Steven Wierzba's motion for permission for electronic case filing. The submission is dated May 6, 2016 and was originally filed before Magistrate Judge Westmore. Plaintiff's motion to file electronically is GRANTED.

      Defendants have filed three motions to dismiss which remain pending and set for hearing on July 8, 2016 and July 22, 2016. Plaintiff has not filed any oppositions and indicates in his proposed order on the motion to file electronically that he requests the Court direct Defendants to re-notice their pending motions. The Court deems this filing as a request for an extension of time to file oppositions and to continue the hearing on the pending motions to dismiss. Plaintiff's request is GRANTED. Clement Holdings, LLC, Quality Loan Service Corporation, and JP Morgan Chase Bank N.A. do not have to re-file their pending motions to dismiss. Plaintiff's oppositions to the

three pending motions shall be filed electronically by no later than July 15, 2016. The defendants' replies shall be filed no later than July 29, 2016. The hearings on all three motions shall be continued to August 12, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 27, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE