IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WIERZBA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JILL N. JAFFE, ET AL.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 16-02282 JSW<br><br>**ORDER PERMITTING THE FILING OF AN AMENDED COMPLAINT; DENYING MOTIONS TO DISMISS WITHOUT PREJUDICE; AND DENYING MOTION TO STRIKE** |

　　　　Defendants have filed three motions to dismiss which remain pending. On June 27, 2016, this Court issued an order indicating that it had not received any response from Plaintiff, appearing *pro se* and extended the deadline for Plaintiff's oppositions to the pending motions to July 15, 2016. The hearings on all three motions were continued to August 12, 2016 at 9:00 a.m.

　　　　Instead of filing oppositions to the motions to dismiss, and without leave of Court, on July 15, 2016, Plaintiff filed an amended complaint. In addition, Plaintiff filed a letter dated July 26, 2016 indicating his medical condition and requesting the Court take judicial notice of previous orders in a related matter. Plaintiff also seeks permission to file his amended complaint and requests sanctions. The Court is aware of the related matter and its previous rulings. Plaintiff's request for sanctions is DENIED.

The Court shall permit Plaintiff to file his amended complaint as submitted on July 15, 2016. The filing of the amended complaint renders Defendants' pending motions to dismiss moot and they are thereby DENIED without prejudice. (Docket Nos. 20, 31, 35.) The hearing date of August 12, 2016 is, accordingly, VACATED. Defendant Quality Loan Service Corporation's motion to strike the amended complaint is DENIED. (Docket No. 45.) The hearing date of September 16, 2016 is, accordingly, VACATED.

Shall Defendants re-file its motions to dismiss the amended complaint, Plaintiff shall have 14 days thereafter to file his oppositions. *See* N.D. Cal. Civ. L.R. 7-3(a).

**IT IS SO ORDERED.**

Dated: August 2, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2